Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DALMINE SPA,

        Plaintiff,

  - against -

SCAN-TRANS CHARTERING K/S,

        Defendant.
------------------------------------------------------------X

07 Civ. 3861 (BSJ)

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, DALMINE SPA, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

TENARIS SA is the publicly traded parent company of Plaintiff, Dalmine Spa.

Dated: New York, New York
      May 17, 2007

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

           By: _/s/ Martin F. Casey_
                    Martin F. Casey (MFC-1415)
                    317 Madison Avenue, 21st Floor
                    New York, New York 10017
                    (212) 286-0225