UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
DALMINE SPA.,

               Plaintiff,      Case No. 07 CV 3861 (BSJ)

      - against -            **AFFIDAVIT OF SERVICE**

SCAN0TRANS CHARTERING K/S,

              Defendant.
- - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:00 p.m. on May 17, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Ms. Patricia McIveen, who is a Senior Paralegal for ABN-AMRO Bank, at the following address:

    ABN-AMRO Bank N.V
    55 East 52nd Street-10th Fl
    New York, NY 10055

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. McIveen, who said she was authorize to accept Service on behalf of ABN-AMRO Bank, regarding Dalmine Spa. Ms. McIveen, is a black female, she has brown eyes with glasses and black & grayish hair. She is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Ms. McIveen is approximately 48 years of age.

                                  _____
                                  IDRIS MAHMOUD
                                  LIC# 1151131

Sworn to before me this
21st day of May, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 2010