UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

DALMINE SPA.,

             Plaintiff,      Case No. 07 CV 3861 (BSJ)

- against -

                            **AFFIDAVIT OF SERVICE**

SCAN-TRANS CHARTERING K/S,

             Defendant.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                           ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:10 p.m. on May 17, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Mr. Michael Antonivich, who is a Managing Clerk for Bank of America, at the following address:

        Bank of America
        575 Lexington Avenue- 10th FL
        New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Antonivich, who said he was authorize to accept Service on behalf of Bank of America, regarding Dalmine Spa. Mr. Antonivich, is a white male, he has brown eyes and black hair. He is approximately 6 feet 1 inches tall and approximately weighs 200 pounds. Mr. Antonivich is approximately 50 years of age.

                                                              _____
                                                              IDRIS MAHMOUD
                                                              LIC# 1151131

Sworn to before me this
_____ day of May, 2007

_____
NOTARY PUBLIC

                                  CHRISTOPHER M. SCHIERLOH
                                  Notary Public, State of New York
                                        No. 02SC6152972
                                  Qualified in Nassau County
                                Commission Expires Sept. 25, 20__