UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
DALMINE SPA.,

                Plaintiff,        Case No. 07 CV 3861 (BSJ)

     - against -

                                 **AFFIDAVIT OF SERVICE**

SCAN-TRANS CHARTERING K/S,

                Defendant.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }
                    } ss.:
COUNTY OF NEW YORK  }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:15 a.m. on May 18, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Ms. Paula Pena, who is a Support Specialist for Standard Chartered Bank, at the following address:

      Standard Chartered Bank
      One Madison Avenue
      New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Pena, who said she was authorize to accept Service on behalf of Standard Chartered Bank, regarding Dalmine Spa. Ms. Pena, is a Spanish female, she has brown eyes and brown hair. She is approximately 5 feet 10 inches tall and approximately weighs 125 pounds. Ms. Pena is approximately 28 years of age.

                                          _____
                                          IDRIS MAHMOUD
                                          LIC# 1151131

Sworn to before me this
_____ day of May, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 2010