UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
DALMINE SPA.,

                Plaintiff,        Case No. 07 CV 3861 (BSJ )

       - against -             **AFFIDAVIT OF SERVICE**

SCAN-TRANS CHARTERING K/S,

                Defendant.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:50 a.m. on May 18, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Mr. Christopher Ronco, who is a Assistant Treasurer for The Bank of New York, at the following address:

    The Bank of New York
    120 Broadway-19th FL
    New York, NY 10286

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Ronco, who said he was authorize to accept Service on behalf of The Bank of New York, regarding Dalmine Spa. Mr. Ronco, is a white male, he has brown eyes and black hair. He is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Mr. Ronco is approximately 37 years of age.

                                _____
                                IDRIS MAHMOUD
                                LIC# 1151131

Sworn to before me this
21st day of May, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__