UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
DALMINE SPA.,

               Plaintiff,         Case No. 07 CV 3861 (BSJ)

    - against -

                          **AFFIDAVIT OF SERVICE**

SCAN-TRANS CHARTERING K/S,

               Defendant.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                          ss.:
COUNTY OF NEW YORK }

        IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 11:00 a.m. on May 18, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Mr. John Nidhiny, who is a Litigation Specialist for Deutshe Bank, at the following address:

    Deutsche Bank
    60 Wall Street
    New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Nidhiny, who said he was authorize to accept Service on behalf of Deutsche Bank , regarding Dalmine Spa. Mr. Nidhiny, is of Indian decent , he has brown eyes and black hair. He is approximately 5 feet 6 inches tall and approximately weighs 170 pounds. Mr. Nidhiny is approximately 28 years of age.

                                                   _____
                                                   IDRIS MAHMOUD
                                                   LIC# 1151131

Sworn to before me this
21st day of May, 2007

_____    CHRISTOPHER M. SCHIERLOH
NOTARY PUBLIC                               Notary Public, State of New York
                                                      No. 02SC6152972
                                                      Qualified in Nassau County
                                                      Commission Expires Sept. 25, 2010