UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------- x
DALMINE SPA.,

            Plaintiff,          Case No. 07 CV 3861 (BSJ)

- against -

                              **AFFIDAVIT OF SERVICE**

SCAN-TRANS CHARTERING K/S,

            Defendant.
---------------- x
STATE OF NEW YORK   } ss.:
COUNTY OF NEW YORK }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:30 p.m. on May 18, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Ms. Jessica Kiely, who is a Executive Administrator for American Express Bank, at the following address:

    American Express Bank
    American Express Tower
    200 Vesey Street
    New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Kiely, who said she was authorize to accept Service on behalf of American Express Bank, regarding Dalmine Spa. Ms. Kiely, is a Spanish female, she has brown eyes and brown hair. She is approximately 5 feet 5 inches tall and approximately weighs 125 pounds. Ms. Keily is approximately 26 years of age.

                                              _____
                                              IDRIS MAHMOUD
                                              LIC# 1151131

Sworn to before me this
21st day of May, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__