UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
DALMINE SPA.,

      Plaintiff,    Case No. 07 CV 3861 (BSJ )

  - against -

            **AFFIDAVIT OF SERVICE**

SCAN-TRANS CHARTERING K/S,

      Defendant.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK } ss.:
COUNTY OF NEW YORK }

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 11:10 a.m. on May 18, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Ms. Linda A. Platone, who is a Legal Specialist for JP Morgan Chase Bank N.A., at the following address:

  JP Morgan Chase Bank N.A.
  One Chase Manhattan Plaza-20th FL
  New York, NY 10005

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Platone, who said she was authorize to accept Service on behalf of JP Morgan Chase Bank , regarding Dalmine Spa. Ms. Platone, is a white female ,she has brown eyes and blonde hair. She is approximately 5 feet 6 inches tall and approximately weighs 160 pounds. Ms. Platone is approximately 48 years of age.

              _____
              IDRIS MAHMOUD
              LIC# 1151131

Sworn to before me this
21st day of May, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 10