UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
DALMINE SPA.,

               Plaintiff,        Case No. 07 CV 3861 (BSJ )

    - against -              **AFFIDAVIT OF SERVICE**

SCAN-TRANS CHARTERING K/S,

               Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                        ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 1:30 p.m. on May 21, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Mr. George Stronghilos, who is the Vice President of Legal service Intake Unit for Citibank, N.A., at the following address:

        Citibank, N.A.
        Legal Service Intake Unit
        1 Court Square, 7th FL
        Long Island City, NY 11120

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Stronghilos, who said he was authorize to accept Service on behalf of Citibank, N.A., regarding Dalmine Spa. Mr. Stronghilos, is a white male, he has brown eyes wit glasses and whitish brown hair. He is approximately 5 feet 6 inches tall and approximately weighs 200 pounds. Mr. Stronghilos is approximately 50 years of age.

                                         _____
                                         IDRIS MAHMOUD
                                         LIC# 1151131

Sworn to before me this
21 ST day of May, 2007      CHRISTOPHER M. SCHIERLOH
                                 Notary Public, State of New York
_____                 No. 02SC6152972
                                 Qualified in Nassau County
NOTARY PUBLIC               Commission Expires Sept. 25, 20 16