UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
DALMINE SPA.,

             Plaintiff,            Case No. 07 CV 3861 (BSJ)

      - against -               **AFFIDAVIT OF SERVICE**

SCAN-TRANS CHARTERING K/S,

             Defendant.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                            } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:30 p.m. on May 17, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Ms. Sandra Woodhouse, who is a Teller Manager for Wachovia Bank, at the following address:

      Wachovia Bank
      360 Madison Avenue
      New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Woodhouse, who said she was authorize to accept Service on behalf of Wachovia Bank, regarding Dalmine Spa. Ms. Woodhouse, is a Spanish female, she has brown eyes and brown hair. She is approximately 5 feet 6 inches tall and approximately weighs 130 pounds. Ms. Woodhouse is approximately 27 years of age.

                                              _/s/ Idris Mahmoud_
                                              IDRIS MAHMOUD
                                              LIC# 1151131

Sworn to before me this
21st day of May, 2007

_/s/_                      CHRISTOPHER M. SCHIERLOH
NOTARY PUBLIC    Notary Public, State of New York
                              No. 02SC6152972
                            Qualified in Nassau County
                         Commission Expires Sept. 25, 20__