UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
DALMINE SPA.,

          Plaintiff,         Case No. 07 CV 3861 (BSJ)

- against -

                            **AFFIDAVIT OF SERVICE**

SCAN0TRANS CHARTERING K/S,

          Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                          ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:40 p.m. on May 17, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Dalmine Spa., upon a Ms. Hemwattie Parasram, who is an Premier & Small Business Support Associate for HSBC, at the following address:

    HSBC
    415 Madison Avenue
    New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Parasram, who said she was authorize to accept Service on behalf of HSBC, regarding Dalmine Spa. Ms. Parasram, is a female of Indian decent, she has brown eyes and black hair. She is approximately 5 feet 8 inches tall and approximately weighs 130 pounds. Ms. Parasram is approximately 32 years of age.

                                               _____
                                               IDRIS MAHMOUD
                                               LIC# 1151131

Sworn to before me this
_____ day of May, 2007

_____
NOTARY PUBLIC
CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__