UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DALMINE SPA,                                          :         07 Civ. 3861 (BSJ)

                Plaintiff,                          :

  - against -                                            :

SCAN TRANS CHARTERING K/S,           :

                Defendant.                        :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant certifies that the following are corporate parents and/or any publicly held corporation that owns 10% or more of its stock:

NONE.

Dated: June 11, 2007
      Southport, CT

                                      The Defendant,
                                      SCAN TRANS CHARTERING K/S

                                      By: _____
                                      Nancy R. Peterson (NP 2871)
                                      Kevin J. Lennon (KL 5072)

                                      LENNON, MURPHY & LENNON, LLC
                                      The Gray Bar Building
                                      420 Lexington Ave., Suite 300
                                      New York, NY 10170
                                      Phone (212) 490-6050
                                      Fax (212) 490-6070
                                      kjl@lenmur.com
                                      nrp@lenmur.com