LENNON, MURPHY & LENNON LLC
Attorneys for Defendant
SCAN TRANS CHARTERING KS
Kevin J. Lennon (KL 5072)
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DALMINE SPA,                                :            07-CIV-3861 (BSJ)

        Plaintiff,                  :            **RESTRICTED APPEARANCE**

- against -                                 :

SCAN TRANS CHARTERING K/S,                  :

        Defendant.                  :
------------------------------------------------------X

    SCAN TRANS CHARTERING K/S by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rule E(8) in this action for the purpose of defending against the Plaintiff's Process of Maritime Attachment and Garnishment.

    SCAN TRANS CHARTERING KS expressly reserves all of its rights and defenses herein, including, the right to oppose efforts by Plaintiff to arbitrate against Defendant in New York.

    SCAN TRANS CHARTERING KS, hereby demands that Plaintiff serve a copy of its Complaint, and all other pleadings, orders or papers issued or filed herein, along with a list of all New York garnishees upon which the Process of Maritime Attachment and Garnishment has been served and all notices of attachment which have been served, on its undersigned counsel.

Dated: June 11, 2007
      New York, NY

                      LENNON, MURPHY & LENNON, LLC
                      Attorneys for Defendant
                      SCAN TRANS CHARTERING KS

        By:       /s/ Kevin J. Lennon
                      KEVIN J. LENNON (KL 5072)
                      NANCY R. PETERSON (NP 2871)

                      The GrayBar Building
                      420 Lexington Avenue, Suite 300
                      New York, NY 10170
                      (212) 490-6050 - phone
                      (212) 490-6070 - facsimile

TO:   Casey & Barnett, LLC
       Attorneys for Dalmine
       317 Madison Avenue, 21st Floor
       New York, NY 10017
       Attn: Martin F. Casey, Esq.

## AFFIRMATION OF SERVICE

I hereby certify that on June 11, 2007, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon