LENNON, MURPHY & LENNON LLC
Attorneys for Defendant
SCAN TRANS CHARTERING KS
Kevin J. Lennon (KL 5072)
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DALMINE SPA,                               :        07-CIV-3861 (BSJ)

            Plaintiff,              :        **RESTRICTED APPEARANCE**

  - against -                              :

SCAN TRANS CHARTERING K/S,     :

           Defendant.            :
-------------------------------------------------------X

      Non-party **SCAN TRANS CHARTERING LLC**, by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rule E(8) in this action for the purpose of defending against the Plaintiff's Process of Maritime Attachment and Garnishment.

      **SCAN TRANS CHARTERING LLC**, hereby demands that Plaintiff immediately serve its undersigned counsel with a notice of attachment advising of (a) the quantum of its which have been served, on its undersigned counsel.

Dated: June 11, 2007
      New York, NY

                               LENNON, MURPHY & LENNON, LLC
                               Attorneys for Non-Party
                               SCAN TRANS CHARTERING LLC

By: _____
       KEVIN J. LENNON (KL 5072)
       NANCY R. PETERSON (NP 2871)

                               The GrayBar Building
                               420 Lexington Avenue, Suite 300
                               New York, NY  10170
                               (212) 490-6050 - phone
                               (212) 490-6070 - facsimile

TO:   Casey & Barnett, LLC
        Attorneys for Dalmine
        317 Madison Avenue, 21st Floor
        New York, NY 10017
        Attn: Martin F. Casey, Esq.

## AFFIRMATION OF SERVICE

I hereby certify that on June 11, 2007, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon