Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DALMINE SPA,

                Plaintiff,        07 CIV 3861 (BSJ)

  -against-

SCAN-TRANS CHARTERING K/S,    ANSWER OF GARNISHEE
                                                            STANDARD CHARTERED BANK IN
                                                            RESPONSE TO MARITIME
                                                             ATTACHMENT AND GARNISHMENT
                Defendant.
-----------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

      In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated May 16, 2007, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on May 29, 2007, the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendant, except for the following wire transfer which has been restrained, up to the amount indicated, pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

#1067                                      1

| | |
|---|---|
| Transaction Reference: | 20070529-00021977 |
| Sender Reference Number: | RO ST16102/13797 |
| Wire Transfer Request Received (NY): | May 29, 2007 |
| Value Date: | May 29, 2007 |
| Amount of Wire: | US$35,340.00 |
| Amount Restrained: | US$35,340.00 |
| Originator: | Sea Biz International<br>1-A 1st Floor Sattar Chamber 29<br>West. Wharf Road Karachi |
| Originator's Bank: | Standard Chartered Bank Pakistan Ltd.<br>P-69 Kotwali<br>Faisalabad, Pakistan |
| Beneficiary: | **Scan Trans Chartering APS** |
| Beneficiary Bank: | Nordea Bank Danmark<br>Strandgade 3, DK 1401<br>Copenhagen K, Denmark |

Dated:   New York, New York
         June 11, 2007

KRAVET & VOGEL, LLP

By: _____
    Joseph A. Vogel (JV 5533)

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO:   Casey & Barnett, LLC
      317 Madison Avenue
      New York, NY 10017
      212-286-0225

      *Attorneys for Plaintiff*

#1067                                    2

## VERIFICATION

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

    JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

                                                                     JAYSON JARUSHEWSKY

Sworn to before me this
11th day of June 2007

Notary Public

JOHN M. CARTER
NOTARY PUBLIC, State of New York
No. 02CA6072821
Qualified in New York County
Commission Expires 04/15/2010

#1067                                           3