UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

DALMINE SPA,                                :

           Plaintiff,                  :

    -against-                           :

SCAN-TRANS CHARTERING K/S,    :

           Defendant                   :

------------------------------------- x

07 Civ. 3861 (BSJ) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/07

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for July 27, 2007 at 9:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:     New York, New York
             July 16, 2007

                                          Andrew J. Peck
                                      United States Magistrate Judge

Copies **by fax & ECF** to:   Martin F. Casey, Esq.
                                   Kevin J. Lennon, Esq.
                                   Judge Barbara S. Jones