USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x

DALMINE SPA, :

         Plaintiff, :    07 Civ. 3861 (AJP)

    -against- :    ORDER

SCAN-TRANS CHARTERING K/S, :

         Defendant. :

-------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

    As stated at today's conference (see transcript), IT IS HEREBY ORDERED THAT:

    1.    Plaintiff is to file an amended complaint in this action by August 3, 2007.

    2.    Plaintiff's motion to compel arbitration is due August 10, 2007. Opposition papers are due August 24, 2007, and reply papers are due August 31, 2007.

    3.    The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

    SO ORDERED.

DATED:    New York, New York
            July 27, 2007

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Martin F. Casey, Esq.
                                   Kevin J. Lennon, Esq.

C:\ORD\16RULES