UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DALMINE SpA
                              Plaintiff(s),

           - against -

SCAN-TRANS CHARTERING K/S
                              Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RECEIVED
JUL 2007
CHAMBERS OF
BARBARA S. JONES
U.S.D.J.

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 3861 (BSJ)(AJP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07 AL

IT IS HEREBY STIPULATED by the undersigned:

   1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

   2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address 317 MADISON AVE 21ST FL
          NY NY 10017
Telephone (212) 286-0225

_____
Attorney(s) for
Address
Telephone

_____
Attorney(s) for Defendant(s)
Address 420 Lexington Ave., Suite 300
          NY, NY 10170
Telephone (212) 490-6050
          (212) 490-6070

_____
Attorney(s) for
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____   7/30/07
                U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99