UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
DALMINE SPA.

        Plaintiff,

   - against -

SCAN-TRANS CHARTERING K/S

        Defendants.
―――――――――――――――――――――X

07 Civ. 3861 (BSJ)(AJP)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/07

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued without prejudice and without costs to any party.

Dated: New York, New York
       August 10, 2007

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff

By: _____
    Martin F. Casey (MFC-1415)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

**LENNON MURPHY & LENNON LLC**
Attorneys for Defendant

By: _____
    Kevin J. Lennon (KJL-5072)
Tide Mill Landing
2425 Post Road
Southport, CT 06890
(203) 256-8600

SO ORDERED:

_____
U.S.D.J.

         J. PECK
United States Magistrate Judge
Southern District of New York

**BY FAX**